UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:24-cv-06439-AB-PD | Date: | September 10, 2024 |
|---|---|---|---|

| Title: | *Origo Financial Services Inc. v. PAR Movie LLC et al.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] **ORDER REMANDING ACTION TO STATE COURT**

The Court has reviewed the Defendants' Amended Notice of Removal ("Am. NOR," Dkt. No. 16), filed in response to this Court's Order to Show Cause ("OSC," Dkt. No. 15) why the action should not be dismissed for lack of subject matter jurisdiction.

The Amended NOR again fails to adequately allege the dual citizenship of Plaintiff Origo Financial Services Inc. In addition, Defendants again failed to file with their Notice the state court Complaint[1], which the Court must review to determine whether it has subject matter jurisdiction.

As the Court's OSC advised, "If Defendants do not timely file an Amended Notice of Removal or if it does not adequately allege the Court's jurisdiction or

---

[1] Defendants included after their Amended NOR an unexplained and unauthenticated Complaint defense counsel filed in a different case for different clients.

include the Complaint, the Court will remand this action."

In light of the Amended NOR's failure to adequately allege the citizenship of the plaintiff, and Defendants' failure to file the state court Complaint, the Court finds that Defendants have not met their burden of establishing subject matter jurisdiction. The Court therefore **REMANDS** this action the state court from which it was removed.

**SO ORDERED.**